FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 19-30375 | SGJ | Judge: Stacey G. Jernigan |
|---|---|---|---|
| Case Name: | RELIACRETE, LLC | | |

| Trustee Name: | James W. Cunningham, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/03/19 (f) |
| 341(a) Meeting Date: | 03/13/19 |
| Claims Bar Date: | 06/05/19 |

For Period Ending: 11/18/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | 1,961,113.93 | Unknown | | 2,450.57 | Unknown |
| - All over 90 days old | | | | | |
| - Debtor testified at 341 mtg that most are in dispute | | | | | |
| 2. Office Furniture | 2,500.00 | 0.00 | | 0.00 | FA |
| - No net value per auctioneer | | | | | |
| 3. Office Equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| - No net value per auctioneer | | | | | |
| 4. 2010 Bobcat Excavator | 18,000.00 | 0.00 | | 0.00 | FA |
| - Stay lifted | | | | | |
| 5. 25' Goosneck Trailer | 0.00 | 4,290.00 | | 4,290.00 | FA |
| - Sold per 4/16/19 Order 27 | | | | | |
| 6. 2011 John Deere 450 Dozer | 38,000.00 | 0.00 | | 0.00 | FA |
| - Lift Stay order entered 3/11/19, docket 18 | | | | | |
| 7. 8' Utility Trailer | 0.00 | 1,435.50 | | 1,435.50 | FA |
| - Sold per 4/16/19 Order 27 | | | | | |
| 8. 2011 Bobcat Skid Steer Loader | 28,000.00 | 0.00 | | 0.00 | FA |
| - Lift Stay order entered 3/11/19, docket 18 | | | | | |
| 9. 2013 Kubota Track Loader | 27,000.00 | 0.00 | | 0.00 | FA |
| - Lift Stay order entered 3/11/19, docket 18 | | | | | |
| 10. 2008 John Deere 310 Loader | 33,000.00 | 0.00 | | 0.00 | FA |
| - Lift Stay order entered 3/11/19, docket 18 | | | | | |
| 11. Leica TS12P Station | 9,000.00 | 0.00 | | 0.00 | FA |
| - Lift Stay order entered 3/11/19, docket 18 | | | | | |
| 12. 2006 Komatsu Track Loader | 7,000.00 | 4,510.00 | | 4,510.00 | FA |
| - Sold per 4/16/19 Order 27 | | | | | |
| 13. 2006 Mini Excavator | 18,000.00 | 9,350.00 | | 9,350.00 | FA |
| - Sold per 4/16/19 Order 27 | | | | | |
| 14. Lot and Building | 283,610.00 | 83,657.01 | | 291,500.00 | FA |
| - Sold at Auction 10/30/2019 per 10/8/2019 Order #42 | | | | | |
| 15. Garnishment Recovery (u) | 0.00 | 5,136.20 | | 5,136.20 | FA |
| 16. Auger (u) | 0.00 | 352.00 | | 352.00 | FA |
| - Sold per 4/16/19 Order 27 | | | | | |
| 17. Concrete Forms (u) | 0.00 | 550.00 | | 550.00 | FA |
| - Sold per 4/16/19 Order 27 | | | | | |
| 18. 2013 Ford F-350 | 0.00 | 0.00 | | 0.00 | FA |
| - Scheduled at no value | | | | | |
| - Debtor testified at 341 meeting there is a 2012 but not not titled in Debtor name | | | | | |
| - Principal of Debtor owns a 2012 Ford F-350. Tile reviewed and verified in his individual name. | | | | | |
| - 2013 Ford F-350 does not appear on tax return | | | | | |
| - 2013 Dodge Ram was repossessed by Chrysler Capital in May, 2018 | | | | | |

Value of Remaining Assets

PFORM1

Ver: 22.02b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 19-30375 | SGJ | Judge: Stacey G. Jernigan |
|---|---|---|---|
| Case Name: | RELIACRETE, LLC | | |

Trustee Name: James W. Cunningham, Trustee
Date Filed (f) or Converted (c): 02/03/19 (f)
341(a) Meeting Date: 03/13/19
Claims Bar Date: 06/05/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,426,723.93 | $109,280.71 | | $319,574.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Tax returns

- AR investigation

- Claims review / objections

- Fee applications

- Valuations reflected in column 3 above are estimates to serve as a placeholder per UST guidelines
and are not meant to reflect reality or limit sale price, demands or litigation in progress

Initial Projected Date of Final Report (TFR): 02/03/21   Current Projected Date of Final Report (TFR): 02/03/21