James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RELIACRETE, LLC . | § § | CASE NO. 19-30375-SGJ-7 |
| DEBTOR | § | |

## TRUSTEE INTERIM REPORT

A *Trustee's Final Report and Report of Proposed Distribution* has been delivered to the U.S. Trustee's office for review on 5/8/2020.  The U.S. Trustee policy is to file the report within 60 days of receipt.

                                                          RESPECTFULLY SUBMITTED,

                                                            /s/ James W. Cunningham
                                                          Chapter 7 Bankruptcy Trustee